

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-18-00344-CV

John B. **URBAHNS**,
Appellant

v.

**LSREF2 COBALT (TX), LLC,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI22479
Honorable Richard Price, Judge Presiding

# O R D E R

On July 24, 2018, after it appeared the notice of appeal was not timely filed, we ordered Appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Appellant timely filed a response; our July 24, 2018 order is satisfied.

On August 6, 2018, Appellant filed an unopposed motion for extension of time to file his brief until fourteen days after this court issued an order on jurisdiction in this appeal. On August 10, 2018, Appellant filed a second unopposed motion for extension of time to file his brief until August 27, 2018.

The appellate record is not complete; the reporter's record has not been filed.

Appellant's first and second motions for extension of time to file the brief are MOOT. Appellant's brief will be due twenty days after the appellate record is complete.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2018.



KEITH E. HOTTLE,
Clerk of Court